WILLIAM ALBRIGHT, RESPONDENT, v. STANDARD ROOF-
ING COMPANY, APPELLANT.

Submitted May 26, 1933—Decided September 27, 1933.

For the respondent, *Philip D. Cohen.*

For the appellant, *Nathaniel Weltchek.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered in the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, CASE, BODINE, HEHER, PERSKIE, VAN BUSKIRK, KAYS,
HETFIELD, DEAR, WELLS, DILL, JJ.   13.

*For reversal*—None.